FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0319

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0319

_____

BOYNE USA, INC.,

      Petitioner, Appellee and Cross-
Appellant,

    v.

DEPARTMENT OF REVENUE OF THE
STATE OF MONTANA,

      Respondent and Appellant.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Luke Berger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2021